# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
VIRGIL L. EBRECHT,                    *
                                      *
           Plaintiff,                 *
                                      *
     v.                               *   No. 18-475C
                                      *   Filed: November 6, 2020
UNITED STATES,                        *
                                      *
           Defendant.                 *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

**O R D E R**

    The court is in receipt of the parties' November 6, 2020 joint stipulation to dismiss the above-captioned case with prejudice, with each party to bear its own costs, attorney fees, and expenses. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2020), this court **ORDERS** that this case be **DISMISSED** with prejudice and with each party to bear its own costs, attorney fees, and expenses.

    **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
Judge
